1
2
3                                                              O
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | ) | Case No. SACR 05-024 RGK
12 |     Plaintiff, | ) ) | ORDER OF DETENTION
13 |     v. | ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)]
14 | LEE LEE PHAM, | ) ) |
15 |     Defendant. | ) |

16

17      The defendant having been arrested in this judicial district pursuant to a warrant
18 issued by the Honorable R. Gary Klausner, United States District Judge, for an alleged
19 violation of the terms and conditions of the defendant's supervised release; and
20      The Court having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:
22 A.   (X)   The defendant has not met /her burden of establishing by clear and convincing
23              evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or
24              (c). This finding is based on the nature of the charged offense, the defendant's
25              lack of bail resources, lack of a stable residence, failures to appear, and the
26              nature of the charge offense, which indicates the defendant is unlikely to
27              comply with conditions of release; and
28

B.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's very extensive criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 30, 2007

/ s /
ARTHUR NAKAZATO
UNITES STATES MAGISTRATE JUDGE